IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01183-BNB

DARREN D. GOLDSMITH, SR.,

Plaintiff,

v.

SHERIFF DOUGLASS DARR, Adams County, Colorado,
UNDERSHERIFF ENGLESMAN, Adams County, Colorado,
CAPTAIN KURT ESTER, Adams County Detention Facility,
LIEUTENANT CHRIS LAWS, Adams County Detention Facility, (Technical Services Administrator),
LAURA SHEUFFLE, Health Services Administrator,
KIM McKENNA, PHS Nursing Staff, and
PHS, Adams County Detention Facility, Medical Department,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 28 2011

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff, Darren D. Goldsmith, Sr., currently is detained at the Adams County Detention Facility in Brighton, Colorado. Mr. Goldsmith, acting *pro se*, has filed a Prisoner Complaint pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1343. The Court must construe the Complaint liberally because Mr. Goldsmith is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Goldsmith will be ordered to file an Amended Complaint.

The Court has reviewed the Complaint filed by Mr. Goldsmith and finds that he fails to allege specific facts that demonstrate how each named defendant personally participated in the asserted constitutional violations. Although Mr. Goldsmith has

asserted specific claims against some of the defendants, he fails to assert specific claims against all of the defendants. Personal participation is an essential allegation in a civil rights action. *See Bennett v. Passic*, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, Mr. Goldsmith must show that each defendant caused the deprivation of a federal right. *See Kentucky v. Graham*, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each defendant's participation, control or direction, or failure to supervise. *See Butler v. City of Norman*, 992 F.2d 1053, 1055 (10th Cir. 1993). A defendant may not be held liable on a theory of respondeat superior merely because of his or her supervisory position. *See Pembaur v. City of Cincinnati*, 475 U.S. 469, 479 (1986); *McKee v. Heggy*, 703 F.2d 479, 483 (10th Cir. 1983).

Mr. Goldsmith further is instructed that to state a claim in federal court, the Amended "[C]omplaint must explain what each defendant did to him . . . ; when the defendant did it; how the defendant's action harmed him . . . ; and, what specific legal right [he] believes the defendant violated." *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007). Mr. Goldsmith also is instructed to assert the specific facts against each named defendants in Section D., "Cause of Action," and not in Section A., "Parties." Accordingly, it is

ORDERED that Mr. Goldsmith file **within thirty days from the date of this Order** an Amended Complaint that complies with the details of this Order. It is

FURTHER ORDERED that Mr. Goldsmith shall obtain the court-approved Prisoner Complaint form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Mr. Goldsmith fails to comply with this Order to the Court's satisfaction, within the time allowed, the action will be dismissed without further notice.

DATED July 28, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01183-BNB

Darren D Goldsmith Sr
Reg No. 11-3898
Adams County Detention Facility
PO Box 5001
Brighton, CO 80601

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on July 28, 2011.

GREGORY C. LANGHAM, CLERK

By: ______________________________
Deputy Clerk