IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 11-cv-01183-WJM-MJW

DARREN DEE GOLDSMITH, SR.,

    Plaintiff,
v.

DOUG DARR, Adams County Sheriff,
CHRIS LAWS, Tech. Services Administrator,
S. FULLER, Programs Coordinator,
DEPUTY "JOHN DOE,"
DR. GARIC,
NURSE KIM McKENNA, All Parties, Partners, Contractors, Subcontractors, Known, and
    Unknown Partners, Successors, Heirs, Assigns, LLC, John Doe and Jane Doe
    ("Doe"), Whose True Identities are Unknown,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV -1 2011

GREGORY C. LANGHAM
    CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall

respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated this 31st day of October, 2011.

BY THE COURT:

William J. Martínez
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01183-WJM-MJW

Darren Dee Goldsmith, Sr.
Prisoner No. 11-3898
Adams County Detention Facility
150 N. 19th Avenue
Brighton, CO 80601

US Marshal Service
Service Clerk
Service forms for: Doug Darr, Chris Laws, S. Fuller,
Deputy "John Doe," Dr. Garic, and Nurse Kim McKenna

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Doug Darr, Chris Laws, S. Fuller, Deputy "John Doe," Dr. Garic, and Nurse Kim McKenna: AMENDED COMPLAINT FILED 9/27/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on November 1, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk