IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    11-cv-01183-WJM-MJW

DARREN DEE GOLDSMITH, SR.,

Plaintiff(s),

v.

DOUG DARR, Adams County Sheriff,
CHRIS LAWS, Tech. Services Administrator,
S. FULLER, Programs Coordinator,
DEPUTY "JOHN DOE",
DR.  GARIC,
NURSE KIM McKENNA, All Parties, Partners, Contractors, Subcontractors, Known, and Unknown Partners, Successors, Heirs, Assigns, LLC, John Doe and Jane Doe ("Doe") Whose True Identities are Unknown,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that ***Dr. Ivor Garlick's (Misnamed "Garic") Motion to Stay the Scheduling Order Entered November 30, 2011 Until the February 28, 2012 Conference***, DN 43, filed with the Court on February 10, 2012, is GRANTED. However, the court will VACATE the Scheduling Conference and **CONVERT IT TO A STATUS CONFERENCE** to be held on the same date and time, February 28, 2012, at 9:30 a.m.,  in Courtroom A-502, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado, 80294.

Date:  February 13, 2012